UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JEFFREY CHARLES BOLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:17-cv-00016 |
| | ) CHIEF JUDGE CRENSHAW |
| NANCY BERRYHILL, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 20) in which the Magistrate Judge recommends denying the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17) and affirming the decision of the Acting Commissioner to deny Plaintiff disability benefits. No objection has been timely filed despite specific instructions that were provided to Plaintiff in the Report and Recommendation.[1]

The Court has reviewed the Report and Recommendation and agrees with the Magistrate Judge's thoughtful analysis and conclusions. Accordingly, the Report and Recommendation (Doc. No. 20) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 17) is **DENIED** and the Acting Commissioner's decision is **AFFIRMED**. This is a final order under the Federal Rules of Civil Procedure and the Clerk shall close the case.

---

[1] See Berry v. Warden, S. Ohio Corr. Facility, 872 F.3d 329, 335 (6th Cir. 2017) (citing Thomas v. Arn, 474 U.S. 140, 155 (1985) (a plaintiff waives his right to appeal a district court's judgment by failing to file objections to findings in the magistrate judge's report and recommendation after being fairly advised to do so)).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE